HENRY S. PETTIT, Appellant, *v.* THE TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF BROOKHAVEN et al., Respondents.

Reported below, 158 App. Div. 946.
(Argued April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 24, 1913, affirming

a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to restrain defendants from trespassing on lands alleged to belong to plaintiff.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Wilmot T. Cox* for motion.

*George H. Furman* opposed.

Motion denied, with ten dollars costs.